

Russell B. Davis
G. Lee Welborn
W. Curtis Anderson
Sean L. Hynes
R. Christopher Harrison
J. Colby Jones
Joshua S. Ruplin
Andrew A. Curtright
James L. Cannella, Jr.

Savannah L. Bray
William R. Gordon Jr.
Joel E. Hausman
W. Coleman Sylvan
Laura R. Golden
Jackson A. Griner
Peyton L. Kelley

Downey & Cleveland LLP
*attorneys at law*
(770) 422-3233 | www.downeycleveland.com

288 Washington Avenue, Marietta, Georgia 30060-1979

Megan E. Harsh
Naomie Jean-Philippe
Veeda Mashayekh
James K. Creasy
Amy Harper

Of Counsel
Hon. David P. Darden, Ret.
Joseph B. Atkins
Tara W. Parker

Telephone
(770) 422-3233

Facsimile
(770) 423-4199
Direct Email
davis@downeycleveland.com
Direct Dial
(770) 792-3052

February 22, 2023

Castro Law, P.C.
5 Concourse Parkway, Suite 2225
Atlanta, GA 30328

**Re:** **Your Client: DeAndrea Lafay Stephens, Individually and as Administrator of the Estate of Edward Stephens; Deonte Stephens; and Edward Stephens, Sr.**
**Insured:** **Donny Browning**
**Claim No.:** **0664191756**
**Date of Loss: March 27, 2022**

Dear Dan:

Allstate Property and Casualty Insurance Company has retained us in connection with your letter dated January 17, 2023 sent in connection with the above referenced matter. Specifically, we have been retained to respond to your offer of compromise contained in the aforementioned letter.

Allstate agrees that any inconsistencies between DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr.'s offer in O.C.G.A. § 9-11-67.1 do not invalidate DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr.'s Offer and that the terms, conditions, and acts required by DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr.'s Offer are controlled by DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr.'s Offer and not by O.C.G.A. § 9-11-67.1.

Allstate has instructed me to accept your offer of compromise for $25,000.00, which is the bodily injury liability insurance coverage that Donny Browning has with Allstate. Further, this correspondence is also written acceptance of each term and condition stated in your offer dated January 17, 2023 in its entirety, and Allstate will fully perform each of the acts required for acceptance of the offer exactly as stated, specified, and required in the offer. Specifically, Allstate is accepting the offer within thirty-one (31) days of receipt of the offer. Allstate agrees to pay the $25,000.00 as is required under the terms of the offer within forty-two (42) days of the receipt of the offer. The payment will be made to DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr., Estate of Edward Stephens, and Castro Law, P.C., and it will include on it only the details necessary to make the form of payment valid. Allstate further agrees to provide a Limited Release containing the terms and conditions set out in the offer, specifically as required to release

February 22, 2023
Page 2

DONNY BROWNING from the claims of DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr. for the wrongful death of EDWARD STEPHENS and to release DONNY BROWNING from the claims of DeAndrea Lafay Stephens, as the Administrator of the Estate of Edward Stephens from the claims of the Estate of Edward Stephens for the pain and suffering and funeral, medical, and other necessary expenses resulting from the injury and death of Edward Stephens except to the extent that other insurance is available that covers any claims for the injuries and/or death of Edward Stephens. Allstate will send that release with the payment as is required by the letter as well as the required statement, under oath, from Allstate stating that all liability and casualty insurance issued by Allstate that provides or may provide coverage for the claim at issue have been disclosed to DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr, and also the affidavit provided with the offer to be signed by Donny Browning, and all of those items will be sent together to Castro Law, P.C., 5 Concourse Parkway, Suite 2225, Atlanta, Georgia 30328. The check will not have any reference other than the payees and an authorized signature. The release likewise will contain only the signature lines for your clients as specified in the offer, and Allstate further agrees not to include any additional matters within the release other than as permitted by the offer itself. The release likewise will include a statement that the giving of the aforementioned insurance statement and statement of no other insurance are part of the consideration for the limited release. Finally, Allstate agrees to abide by the other limitations contained within the offer in terms of statements not to be made or included in any of the documents to be provided to you per the terms of the offer.

With kind regards, I am

Sincerely yours,

Russell B. Davis

RBD/bkr