**Downey & Cleveland** LLP
*attorneys at law*
(770) 422-3233 | www.downeycleveland.com

288 Washington Avenue, Marietta, Georgia 30060-1979

Russell B. Davis
G. Lee Welborn
W. Curtis Anderson
Sean L. Hynes
R. Christopher Harrison
J. Colby Jones
Joshua S. Ruplin
Andrew A. Curtright
James L. Cannella, Jr.

Savannah L. Bray
William R. Gordon Jr.
Joel E. Hausman
W. Coleman Sylvan
Laura R. Golden
Jackson A. Griner
Peyton L. Kelley

Megan E. Harsh
Naomie Jean-Philippe
Veeda Mashayekh
James K. Creasy
Amy Harper

Of Counsel
Hon. David P. Darden, Ret.
Joseph B. Atkins
Tara W. Parker

Telephone
(770) 422-3233

Facsimile
(770) 423-4199
Direct Email
davis@downeycleveland.com
Direct Dial
(770) 792-3052

March 1, 2023

Castro Law, P.C.
5 Concourse Parkway, Suite 2225
Atlanta, GA 30328

Re: **Your Client: DeAndrea Lafay Stephens, Individually and as Administrator of the Estate of Edward Stephens; Deonte Stephens; and Edward Stephens, Sr.**
**Insured:    Donny Browning**
**Claim No.:  0664191756**
**Date of Loss: March 27, 2022**

Dear Dan:

Enclosed please find the following items delivered together:

Payment in the amount of $25,000.00 made payable to DeAndrea Lafay Stephens, Deonte Stephens, Edward Stephens, Sr., Estate of Edward Stephens, and Castro Law, P.C. being provided within 42 days after Allstate's receipt of your Offer dated January 17, 2023;

Limited Release;

Allstate's Statement Under Oath that all liability and casualty insurance issued by Allstate that may provide coverage for the claim at issue has been disclosed to DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr.; and

Affidavit of no other insurance coverage executed by Donny Browning.

With kind regards, I am

Sincerely yours,

Russell B. Davis

RBD/bkr
Enclosures

| | | |
|---|---|---|
| CLAIM NO. | | Bank of America Customer Connection  64-1278 / 611 |
| INSURED | 0664191756 | **Allstate.** Bank of America, N.A. Atlanta, Dekalb County, Georgia |
| CLAIMANT | **DONNY BROWNING** | |
| | **EDWARD STEPHENS** | 558890254 |
| PAYMENT FOR | | |
| | Wrongful Death & Edward Stephens Estate | 2/24/2023 |
| | | Issued by: emor4 |
| | | 4460 |
| | Twenty-Five Thousand and 00/100 USD | $ |
| TO THE ORDER OF | | 25,000.00  USD |
| | Deandrea Lafay Stephens, Deonte Stephens, Edward Stephens, Sr., Estate of Edward Stephens, and Castro Law, P.C. | Allstate Property and Casualty Insurance Co |

VOID IF NOT PRESENTED WITHIN THREE HUNDRED SIXTY-FIVE DAYS OF THE DATE OF ISSUE.

AUTHORIZED SIGNATURE  MP

⑆329 904 1279⑈

Confidential Information

## **LIMITED RELEASE**

WE, the Undersigned, DeAndrea Lafay Stephens, Individually and as Administrator of the Estate of Edward Stephens, Deonte Stephens, and Edward Stephens, Sr., for and in consideration of the payment of the sum of Twenty-Five Thousand Dollars and No/100 Dollars to the Undersigned by Allstate Property And Casualty Insurance Company as well as the provision contemporaneously with this Limited Release of a statement from Allstate Property And Casualty Insurance Company under oath stating that all liability and casualty insurance issued by Allstate Property And Casualty Insurance Company that provides coverage for these claims has been disclosed and the provision of an affidavit of no other insurance coverage from Donny Browning we hereby agree to release Donny Browning from the claims of DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr. for the wrongful death of Edward Stephens and to release Donny Browning from the claims of DeAndrea Lafay Stephens, as the Administrator of the Estate of Edward Stephens from the claims of the Estate of Edward Stephens for the pain and suffering and funeral, medical, and other necessary expenses resulting from the injury and death of Edward Stephens except to the extent that other insurance is available that covers any claims for the injuries and/or death of Edward Stephens. This release does not release any claims or parties or prevent recovery from any insurance other than as stated, specified and required hereinabove.

DeAndrea Lafay Stephens, Deonte Stephens and Edward Stephens, Sr., and the Estate of Edward Stephens acknowledge notice in writing of lack of consent of Donny Browning to this compromise and that Donny Browning is not precluded from further assertion of claims against DeAndrea Lafay Stephens, Deonte Stephens and Edward Stephens, Sr., and the Estate of Edward Stephens.

_____
Deandrea Lafay Stephens, Individually, and as the Administrator of the Estate of Edward Stephens


_____
Deonte Stephens


_____
Edward Stephens, Sr.

STATE OF FLORIDA
COUNTY OF PINELLAS

### AFFIDAVIT OF INSURANCE COVERAGE

Personally appeared before the undersigned officer duly authorized to administer oaths, Tiffany Davis, who after first being duly sworn, deposes and states that the following information is true and correct:

1.

My name is Tiffany Davis. I am over the age of 18 years, and I am competent to make this affidavit.

2.

I am an employee of Allstate Insurance Company. My title is Claims Adjuster.

3.

I have researched the Allstate insurance coverage for Donny Browning. I can confirm all liability and casualty insurance issued by Allstate that provides coverage or may provide coverage for the claims at issue have been disclosed to DeAndrea Lafay Stephens, Deonte Stephens, and Edward Stephens, Sr., specifically that on March 27, 2022, Donny Browning was insured under policy # 0831612376, with coverage of $25,000.00 per person, but no more than $50,000.00 per accident. This is the policy under which claim #0664191756 was processed.

4.

I can confirm that on March 27, 2022, Donny Browning was not insured, either as a named insured, permissive user, or as a resident relative, under any other Allstate liability policy, or any other type of Allstate policy, other than in Paragraph 2 above, that could potentially provide coverage for this collision.

FURTHER AFFIANT SAYETH NOT.

This 24 day of February 2023.

TIFFANY DAVIS
**Affiant Tiffany Davis**

Sworn to and subscribed before me this 24th day of February, 2023.

Nidia E Sanchez
Notary Public

My Commission Expires: 12-06-2024

Online Notary Public. This notarial act involved the use of online audio/video communication technology.

## AFFIDAVIT OF NO OTHER INSURANCE COVERAGE

Personally appeared before the undersigned officer, duly authorized to administer oaths, Donny Browning, who after first being duly sworn, deposes and states that the following information is true and correct.

1.

My name is Donny Browning. I am over the age of 18 years, and I am competent to make this Affidavit.

2.

On March 27, 2022, I was operating a 2012 Buick, and I caused a collision that caused fatal injuries to Edward Stephens. On March 27, 2022, the 2012 Buick was insured under a policy of insurance with Allstate Property and Casualty Insurance Company; policy number: 831612376, limits: $25,000.00 per person, $50,000.00 per occurrence.

3.

I did not have a personal liability umbrella insurance policy at the time of this collision. I was not insured under any other policy of insurance at the time of this collision that could be liable to provide any coverage for this collision or for the fatal injuries suffered by Edward Stephens. I was not performing any duties for my employer at the time of the collision, nor was I in the scope and course of my employment at the time of the collision. I was not insured, either as a named insured or as a resident relative, under any other policy of insurance that could be liable to provide any coverage for this collision or for the fatal injuries suffered by Edward Stephens.  *DB* Initial

FURTHER AFFIANT SAYETH NAUGHT.

_Donny Browning_
Donny Browning

Sworn to and Subscribed before me
This 17 day of February, 2023.

_Ann Terrero_
Notary Public

**ANN TERRERO**
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires Aug. 18, 2023

3000020230201SF002000398013021014833